COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| MARTHA KIGHT DUTCHER, | § | |
| Appellant, | § | |
| v. | § | |
| DUTCHER-PHIPPS CRANE & RIGGING, INC., KENNETH J. DUTCHER, INDIVIDUALLY, AND IN HIS CAPACITY AS PRESIDENT OF DUTCHER-PHIPPS CRANE & RIGGING, INC., AND IN HIS CAPACITY AS SUCCESSOR TRUSTEE OF PAUL K. DUTCHER LIVING TRUST ONE, AND ROBIN L. ERWIN, INDIVIDUALLY, AND IN HER CAPACITY AS SECRETARY OF DUTCHER-PHIPPS CRANE & RIGGING, INC., | § § § § § § § | No. 08-15-00202-CV<br><br>Appeal from the<br><br>143rd Judicial District Court<br><br>of Ward County, Texas<br><br>(TC# 14-07-23394-CVW) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and her sureties if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF APRIL, 2016.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.